AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of California

MCB
6|22|17

FILED

2017

'17 MJ

**UNSEALED PER ORDER OF COURT**

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

hood1940zcripk@yahoo.com & ilovetrim4@yahoo.co.uk
via Yahoo! Inc., 701 First Avenue, Sunnyvale, CA

Case No.

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-4.

located in the          **Northern**          District of _____          **California** __          , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-4.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | The Hobbs Act |
| 18 U.S.C. § 924(c) | Carrying and Brandishing a Firearm in the Commission of a Crime of Violence |

The application is based on these facts:

Please see the attached Affidavit of Alex Esconde

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Alex Esconde, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  **6/23/17**

*Judge's signature*

City and state:  **San Diego, California**

Hon. Barbara L. Major, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A-4
## PROPERTY TO BE SEARCHED

Information associated with the Yahoo email accounts for "hood1940zcripk@yahoo.com" and "ilovetrim4@yahoo.co.uk" that are stored at premises in the United States controlled by Yahoo! Inc., a company whose headquarters is located at 701 First Avenue, Sunnyvale, CA 94089.

## ATTACHMENT B-4

**I.      Service of Warrant**

The officer executing the warrant shall permit Yahoo! Inc. as custodian of the computer files described in Section II below, to locate the files and copy them onto removable electronic storage media and deliver the same to the officer.

**II.     Items to be Provided by Yahoo! Inc.**

Any and all messages, e-mails, records, files, logs, or information (whether deleted or not) concerning:

A.      All records or other information regarding the identification of the account, to include subscriber information, full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

B.      Any and all available location data;

C.      All photos and/or videos stored by an individual using this account;

D.      All messages sent or received by an individual using this account **in 2017**;

E.      All messaging application data stored or backed up by user;

F.      The types of service utilized by the user; and

G.      All records pertaining to communications between Yahoo! Inc. and any person regarding the account, including contacts with support services and records of actions taken.

III.   **Items to be Seized as Evidence**

The search of the data supplied by the Yahoo! Inc. pursuant to this warrant will be conducted by FBI as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited to the seizure of:

a.   Communications, records, and attachments tending to discuss or establish robberies or attempted robberies for the period from **January 1, 2017 to May 11, 2017**;

b.   Photographs or videos depicting clothing, disguises worn (e.g., masks or bandanas), weapons and materials used during the robberies, along with any proceeds attained from the robbery and materials taken from the robbed locations;

c.   Location data tending to indicate that the account user and/or accomplices were located in the vicinity of the targeted businesses at the time of the robberies and attempted robberies, had to travelled to or from the targeted businesses, or had scouted the locations prior to the robberies and attempted robberies for the period from **January 1, 2017 to May 11, 2017**;

d.   Communications, records, and attachments that provide context to any communications described above, such as electronic mail sent or received in temporal proximity to any relevant electronic mail and any electronic mail tending to identify users of the subject accounts for the period from **January 1, 2017 to May 11, 2017** ; and

e.   Photographs or videos depicting firearms or ammunition;

**which are evidence of violations of 18 U.S.C. §§ 1951, 924(c).**

MCB
6/22/17

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR A SEARCH WARRANT

I, Alex Esconde, being duly sworn, declare and state:

### I.

### INTRODUCTION

1.     I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so since February 2003.  I am assigned to the San Diego Field Division, Violent Crimes Task Force as the Bank Robbery Coordinator.  I am also assigned to investigate violent crimes that include robberies, murder, kidnappings, and assaults on federal officers.  During the course of my duties, I have prepared search and arrest warrants and have participated in the execution of search and arrest warrants.  The information contained in this affidavit is based upon my personal knowledge and on the information I have learned from reviewing official reports and speaking with other local and federal law enforcement officers.

2.     The result of my training and experience, and my conversations with other Special Agents of the FBI, and Task Force Officers (TFOs), as well as Detectives and Officers and other local investigators familiar with violent crime, and bank robberies, form the basis of opinions and conclusions set forth below, which I drew from the facts set forth herein.  Dates and times outlined below are approximate.

3.     I make this affidavit, in part, based on personal knowledge derived from my participation in this investigation and, in part, based upon information from: (a) oral and written reports about this investigation which I have reviewed; (b) physical surveillance conducted by federal agents or local law enforcement agents, which observations have been reported to me either directly or indirectly; and (c) statements of cooperating individuals.

4.     Except as otherwise noted, information set forth in this affidavit has either been observed or provided to me by law enforcement officers with whom I have spoken,

1    who were involved in this investigation, or whose reports I have read and reviewed.
2    Likewise, information resulting from surveillance, except where otherwise indicated,
3    does not necessarily set forth my own observations but rather has been provided directly
4    or indirectly by other law enforcement officers who conducted such surveillance.

5        5.      Because this affidavit is being submitted for the limited purpose of seeking
6    the search warrant specified below, I have not set forth each and every fact learned during
7    the course of the investigation.  Rather, I have set forth only those facts that I believe are
8    necessary to establish probable cause for the requested warrant.

9        6.      In my training and experience, I have learned that Apple Inc. (hereinafter
10   "Apple") is a California-based, multinational corporation that designs, develops, and sells
11   consumer electronics, computer software, and personal computers. Apple also provides a
12   variety of on-line services to the public, including data storage and sharing devices such as
13   "iCloud," "iCloud Backup;" "I\1y Photo Stream," "iCloud Photo Sharing," and electronic
14   communication services, such as electronic mail (hereinafter "e-mail"), iMessage (Apple's
15   proprietary messaging service), and Facetime (Apple's proprietary video chat service).

16       7.      Google is an Internet company which, among other things, provides electronic
17   communication services to subscribers. Google's electronic mail service, known as Gmail,
18   allows subscribers to communicate with other Internet Service Provider ("ISP") subscribers
19   through the Internet. Subscribers to Google use unique screen names and/or email
20   addresses during communications with others. The screennames and/or email addresses
21   may or may not identify the real name of the person using a particular screen name or email
22   account. Google also produces the Android operating system for mobile devices. A cell
23   phone that utilizes an Android operating system can backup contacts, calendar data, app
24   data, Chrome data, documents, and Drive contents to Google's servers by associating the
25   cell phone with a Gmail account.

26       8.      Yahoo!  Inc.  (Yahoo),  a  wholly  owned  subsidiary  of  Verizon
27   Communications, is an Internet company which, among other things, provides electronic
28   communication services to subscribers. Yahoo's electronic mail service allows subscribers

2

1  to communicate with other ISP subscribers through the Internet. Subscribers to Yahoo use

2  unique screen names and/or email addresses during communications with others. The

3  screen names and/or email addresses may or may not identify the real name of the person

4  using a particular screen name or email account.

5      9.      This affidavit is made in support of an application to search for and seize

6  evidence of violations of 18 U.S.C. § 1951, Hobbs Act – Interference with Commerce by

7  Threats or Violence, and 18 U.S.C. § 924(c), Carrying and, Brandishing a Firearm in the

8  Commission of a Crime of Violence (the "Target Offenses"), as more fully described in

9  **Attachment B-1** through **Attachment B-4**.

10      10.      The PROPERTY TO BE SEARCHED is information associated with:

11      a. an Apple iPhone 6
        IMEI: [1] 358373066729285

12      Serial Number: DNQP6F8FG5MD

13      Apple ID "flyking400@gmail.com" that is stored at premises controlled
        by Apple, more specifically described in **Attachment A-1,** which is

14      associated with Don Wayne Jones III (JONES);

15      b. Google email accounts for "Holiday4147@gmail.com" and

16      "Lovelybreezy24@gmail.com," that are stored at premises controlled by
        Google, more specifically described in **Attachment A-2,** which are

17      associated with Juan Marquis Holiday (HOLIDAY);

18

19      c. Google email account for "flyking400@gmail.com," that is stored at
        premises controlled by Google, more specifically described in

20      **Attachment A-3,** which is associated JONES; and

21

22      d. Yahoo email accounts for "hood1940zcripk@yahoo.com" and
        "ilovetrim4@yahoo.co.uk" that are stored at premises controlled by

23      Yahoo, more specifically described in **Attachment A-4**, which is
        associated with HOLIDAY.

24      11.      In my training and experience, I have learned that individuals often use their

25  cell phones and electronic media, including Apple, Yahoo, and Google's online services,

26  to conspire, plan and coordinate their criminal activities and that cell phones and

27  ――――――――――――――――

28  [1]    International Mobile Equipment Identity (IMEI) numbers are unique identification
        numbers assigned to mobile communication devices.

3

electronic media retain information such as communications, photographs, and location data that evidence criminal activities. Further, individuals often conspire and plan out their criminal acts over a period of months and even years.

12.     Based on my training and experience, and the facts set forth in this affidavit, I believe that I will find evidence of the criminal conduct detailed above in the PROPERTY TO BE SEARCHED, as detailed more specifically in **Attachments A-1 through A-4**.

## II.

## PROBABLE CAUSE

13.     Between January 5, 2017, and April 22, 2017, robberies were committed or attempted at ten businesses. A firearm was brandished or discharged during each. The robberies and attempted robberies occurred at the following dates, locations, and times:

| Robbery No. | Date | Time | Victim | Address |
|---|---|---|---|---|
| 1 | 1/5/2017 | 0007 | Arco Gas Station | 3724 Del Sol Blvd San Diego, CA |
| 2 | 1/11/2017 | 2028 | Perry Liquor | 4707 Federal Blvd San Diego, CA |
| 3 | 1/11/2017 | 2033 | Par Liquor | 5055 Federal Blvd San Diego, CA |
| 4 | 1/11/2017 | 2215 | Green Cat Liquor | 5102 Imperial Ave San Diego, CA |
| 5 | 4/6/2017 | 2125 | Market at the Ranch | 10299 Scripps Trail San Diego, CA |
| 6 | 4/19/2017 | 255 | 7-Eleven | 9365 Jamacha Blvd Spring Valley, CA |
| 7 | 4/20/2017 | 2036 | Eastridge Liquor | 7705 University Ave La Mesa, CA |
| 8 | 4/20/2017 | 2105 | Apollo Market | 2327 Reo Dr San Diego, CA |

| 9 | 4/20/2017 | 2136 | G&M Market | 8903 Jamacha Rd Spring Valley, CA |
| 10 | 4/22/2017 | 2125 | Victoria's Mexican Grill | 1912 Coronado Ave San Diego, CA |

14.    At the time of the robberies and attempted robberies, Victoria's Mexican Grill sold Coke that was manufactured in Mexico, and the other locations sold Sam Adams beer, Marlboro cigarettes, and/or Patron Silver tequila, all of which are manufactured outside of California.

**Arco Gas Station Robbery**

15.    On January 5, 2017, at approximately 12:07 AM, Suspect 1 entered the Arco Gas Station, located at 3724 Del Sol Blvd., San Diego, CA, armed with a handgun. Suspect 1 walked up to the counter, pointed a handgun at the employee at the counter, and demanded the clerk put the register's money in a bag. The clerk used a bag from underneath the counter and placed cash from the register in it, which Suspect 1 took and left the store with. Suspect 1's handgun was black with a laser sight attached to the trigger guard. Suspect 1 was wearing a hooded sweatshirt with the hood up and tightly drawn around his face. Suspect 1 was described as a Hispanic male, mid 20's, 5'9"m medium build, 140-150lbs, and lighter skinned.

16.    Officers who responded to the robbery found a plastic bag along Suspect 1's last known route that matched the bag the clerk had handed him. A DNA profile identified from the bag came back to HOLIDAY.

**Perry Liquor Robbery**

17.    On January 11, 2017, at approximately 8:28 PM, Suspect 1 entered the Perry Liquor, located at 4707 Federal Blvd., San Diego, CA, armed with a handgun, pointed the handgun at the employee at the counter, and said "Give me all the money you have." As the employee was trying to comply, the robber fired one round towards the employee. The round hit the display shelf near the employee, but did not strike the employee. The employee provided Suspect 1 with approximately $100 and a bottle of Hennessy Cognac,

which he took and fled. Suspect 1's handgun was black with a laser sight attached to the trigger guard. Suspect 1 was wearing a black hooded sweatshirt, with the hood closed over his face, a blue bandana covering the face below the eyes. Suspect 1 was described as was described as a white or Hispanic male, standing approximately 6'0", with a thin to medium build.

### Par Liquor Robbery

18.    On January 11, 2017, at approximately 8:33 PM, Suspect 1 entered the Par Liquor, located at 5055 Federal Blvd., San Diego, CA, armed with a handgun, walked past two customers in line at the counter, pointed the handgun at the employee at the counter, and said "give it up, give it up, this isn't a joke," and fired one round into the display shelf behind the employee. The teller handed over $1,000. Suspect 1's handgun was black with a laser sight attached to the trigger guard and he was wearing a hooded sweatshirt, with the hood closed over his face, a blue bandana covering the face below the eyes. Suspect 1 was described as a white or Hispanic male, standing approximately 6'0", with a thin to medium build.

### Green Cat Robbery

19.    On January 11, 2017, at approximately 10:15 PM, Suspect 1 entered the Green Cat Liquor, located at 5102 Imperial Avenue, San Diego, CA, armed with a handgun, approached the employee at the counter, and yelled "Open the register, open the register." Suspect 1 then fired one round into the display shelf behind the employee. The employee could not open the register, and Suspect 1 fired a second round into the display shelf. The employee then went into the back office and provided Suspect 1 with approximately $1,200 and Suspect 1 fled. Suspect 1's handgun was black with a laser sight attached to the trigger guard and he was wearing a long-sleeved shirt and blue bandana covering the face below the eyes.

### Market at the Ranch Robbery

20.    On April 6, 2017, at approximately 9:25 PM, Suspect 1 entered the Market at the Ranch convenience store, located at 10299 Scripps Trail, San Diego, CA. Suspect 1

brandished a semi-automatic handgun, chambered a round, and demanded money from the employee.  During the commission of the crime, Suspect 1 discharged his firearm while inside the store and pistol whipped the employee on the side of his head.  The employee started putting money on the counter.  Suspect 1 hit the employee with the gun two times on the head and told the employee to put the money in a bag. The employee provided Suspect 1 with cash from the drawer. Suspect 1 told the employee to open the safe under the counter. The employee was unable to open the safe and Suspect 1 discharged his firearm into the wall. Suspect 1 went around the counter and started kicking the employee in the legs. Suspect 1 discharged his firearm a second time into the wall.  Suspect 1 took the money and fled the scene. One Speer Luger 9mm cartridge casing, one R-P 9mm Luger cartridge casing, and two projectiles were recovered at the scene.  Suspect 1 was described as a light-skinned black male, approximately 35 to 40 years old, standing approximately 5'7" to 6'0" and weighing about 180-200 pounds.  Suspect 1 was wearing a black hooded sweatshirt with the hooded portion cinched to limit the visibility of his face, dark pants, dark shoes, and gray gloves with black palms.  Suspect 1's firearm was described as a two-toned (silver/black) 9mm handgun with a silver slide and black frame.

     21.    Surveillance footage from across the street from the store shows several sedans and a small SUV drive past Market at the Ranch on Scripps Trail prior to the robbery.  As noted above, Market at the Ranch was robbed at approximately 9:25 PM.  A resident in the neighborhood told investigators that at "approximately 9:40 PM," he heard what he believed was fireworks and went outside to smoke a cigarette.  As he did, the resident noticed a vehicle sixty yards away from his house on Scripps Trail and approximately a block north of Market at the Ranch. The vehicle was parked but running and the interior light was on, and although the vehicle was already running the male in the driver's seat attempted to start it, grinding the gears.  The resident said the vehicle then suddenly peeled out and drove north away from Market at the Ranch. The resident described the vehicle as a small SUV, similar to a Ford Escape, and described the driver as possibly white with a buzz cut.

### 7-Eleven Robbery

22.    On April 19, 2017, at approximately 2:55 AM, Suspect 1 entered the 7-11 Store, located at 9365 Jamacha Boulevard, Spring Valley, CA. Suspect 1 brandished a black gun, chambered a round, and told the employee, "Give me all the money from the register!" Suspect 1 then struck the employee in the face with the gun. The employee walked toward the cash register followed by Suspect 1, who told the employee to get a bag and put all the money in the bag. The employee filled the bag with the money from the register. Suspect 1 then struck the cash register drawer with the gun in his hand and also demanded the rolled coins. Suspect 1 asked the employee if there was money in the back storage room and the employee said there wasn't. Suspect 1 directed the employee to the back storage area and while back there, Suspect 1 struck the employee in the back of the head with the gun. Suspect 1 verified there was no money in the back room and directed the employee back towards the register. Suspect 1 told the employee, "I'm gonna kill you now" and discharged one round into the ceiling just above the registers. Suspect 1 ordered the employee to put all of the Newport brand cigarettes into a plastic bag, which the employee did. Suspect 1 then ordered the employee to put all of the Marlboro brand cigarettes into another bag. The employee complied then the Suspect 1 took the money and cigarettes and fled the scene. One Perfecta 9mm cartridge casing and one projectile were recovered at the scene. Suspect 1 was described as light-skinned, black male, approximately 20 to 25 years old, standing approximately 5'6"-5'8", weighing approximately 180 pounds. Suspect 1 was wearing a red hooded sweatshirt, with black sleeves, with a manufacturing tag showing on the upper back area, with the hooded portion cinched very tightly to limit the visibility of his face, black pants, and black shoes. Suspect 1's firearm was described as a black 9mm handgun.

### Eastridge Liquor Store Attempted Robbery

23.    On April 20, 2017, at approximately 8:36 PM, Suspect 1 entered the Eastridge Liquor Store, located at 7705 University Avenue, La Mesa, CA. Suspect 1 entered the store and chambered a round, but did not see anyone in the store. The employee entered, but ran

8

back out when Suspect 1 pointed the gun at the employee. Suspect 1 fled the scene without any money or merchandise. Suspect 1 was described as a dark skinned male wearing blue hooded sweater, with black sleeves, with a white design on the upper back side of the sweater, which appeared to be the manufacture's tag. The hood of the sweater was cinched down around his face and there was a red mask or bandana covering his face. Suspect 1 was also wearing black pants, dark gray shoes and his blue and white checkered boxers shorts were showing in the waistband area of his pants. Suspect 1's firearm was described as a black semi-automatic handgun with a silver ejection port.

24.     Community surveillance footage from April 20, 2017, recovered after the suspects were identified, as described below, shows HOLIDAY and JONES departing HOLIDAY's residence at approximately 8:10PM in HOLIDAY's minivan. JONES looks right at the camera. HOLIDAY is wearing black pants and a blue hooded sweatshirt with black sleeves with a "SD" Padres' logo on front, matching the clothes worn by Suspect 1 (with the sweatshirt worn inside out) in Eastridge, Apollo, and G&M robberies. JONES is wearing a sweatshirt with a hood, jeans with rips in left knee area, and black and white "Jordan" style shoes, matching the clothes worn by Suspect 2 in the Apollo robbery, described below.

25.     After the surveillance footage was discovered, investigators drove the route at the speed limit from HOLIDAY's residence to Eastridge Liquor Store and found it took approximately 21 minutes, which would have allowed HOLIDAY and JONES enough time to depart HOLIDAY's residence at 8:10PM, drive to Eastridge, and for HOLIDAY to enter Eastridge at 8:36PM.

### Apollo Liquor Store Attempted Robbery

26.     On April 20, 2017, at approximately 9:05 PM, Suspect 1 entered the Apollo Liquor Store, located at 2327 Reo Drive, San Diego, CA.  There were two employees working at the time. Suspect 1 removed a black handgun from his right pocket and chambered a round. Suspect 1 pointed the gun at the employees and ordered the employees to open the register. One of the employees ran to the back and hid. Suspect 2 then entered

the store and milled about, while simulating a handgun underneath his jacket. Suspect 1 went to the back to look for the employee who fled. Suspect 2 kept telling Suspect 1 to "Hurry up, hurry up." Suspect 1 went behind the counter, banged on the cash register and demanded money. Suspect 2 exited the store, but came right back in. Suspect 1 appeared to be leaving, but turned around and pointed the gun at the employee again and demanded money. Suspect 2 approached Suspect 1 and demanded that they leave. Both fled without any money. Suspect 1 was described as a light-skinned black male wearing a blue hooded sweater, with black sleeves, with a white design on the upper backside of the sweater, which appeared to be the manufacture's tag, and the hood was cinched down around his face. He was also wearing red mask or bandana to cover his face, black pants, blue shoes, and his blue and white checkered boxers shorts were showing in the waistband area of his pants. The weapon was described as a black semi-automatic handgun with a silver ejection port. Suspect 2 was described as a thin male wearing a black hooded sweatshirt with the hood cinched down around his face. He was also wearing a white shirt, blue jeans with rips on the left knee area, and black and white "Jordan" style shoes.

### G&M Market Attempted Robbery

27. On April 20, 2017, at approximately 9:36 PM, Suspect 1 entered the G&M Market, located at 8903 Jamacha Road, Spring Valley, CA. Suspect 1 brandished a black gun, pulled the slide back on the gun and demanded money while pointing the gun at the employee. The employee ran from behind the counter into a small storage closet and closed the door. Suspect 1 exited the store without taking any money or merchandise. Suspect 1 was described as dark-skinned male, possibly Hispanic, approximately 30 years old, standing approximately 6'1" in height, and weighing approximately 170 pounds. Suspect 1 was wearing a wearing a blue hooded sweater, with black sleeves, with a white design on the upper back side of the sweater, which appeared to be the manufacture's tag, and the hood was cinched down around his face, a red mask covering his face, black pants, and dark shoes. Suspect 1's firearm was described as a black semi-automatic handgun with a silver ejection port.

### Victoria's Mexican Grill Robbery

28.     On April 22, 2017, at approximately 9:25 PM, Suspect 1 and Suspect 2 entered the Victoria's Mexican Grill restaurant, located at 1912 Coronado Avenue, San Diego, CA. Suspect 1 chambered a round as he entered and demanded money.  Suspect 1 ordered everyone to get down while the employee opened the cash register.  Suspect 2 reached into the cook's pants and took approximately $325.00 from the cook.  Suspect 2 simulated a handgun underneath his jacket.  Both left with the cash register drawer and the money from the cook.  Suspect 1 was described as a black male, approximately 20 years old, standing approximately 5'9"-6'0", with a thin build.  Suspect 1 was wearing a blue hooded jacket, with black sleeves, with the hood drawn tight around his face and "SD" in white lettering on the front of the jacket.  Suspect 1 was also wearing black pants and dark shoes.  Suspect 2 was described as a black male, approximately 20 years old, standing approximately 5'9"-6'1" with a thin build.  Suspect 2 was wearing a dark blue hooded jacket with the hood cinched down around his face.  Suspect 2 was also wearing a white shirt under the jacket and black and white "Jordan" style shoes.  Suspect 1's firearm was described as a black semi-automatic handgun.

### Identification of Suspects

29.     On April 10, 2017, San Diego Police Department Patrol Officers, in a marked unit, attempted to stop a red Toyota Camry (the Camry), traveling northbound on Altadena Avenue, in San Diego, California, for running a stop sign.  The Camry did not yield to the officers and, after a pursuit, crashed into an embankment. All four occupants fled on foot. Three of the four occupants of the vehicle, including HOLIDAY, Pedro Naranjo (Naranjo), and a juvenile, were taken into custody after a short foot pursuit while the fourth occupant was not caught.  The officers involved in this pursuit were shown a photograph of Don Jones III (JONES).  One officer said JONES. looked like the individual who ran from the Camry on April 10th and eluded the officers. The other officer said JONES. "definitely" looked like the individual.   The three individuals who were apprehended, including HOLIDAY, were booked and released.

30.     At the time of his arrest on April 10, 2017, HOLIDAY was wearing a blue-hooded sweatshirt, with black sleeves, and "SD" in white lettering in front of the sweatshirt. HOLIDAY is a known Neighborhood Crips gang member and has used the monikers "Tiny Trim" and "Trigga Trim."   On May 8, 2017, a FBI Special Agent reviewed publicly available Facebook pages for Facebook username "TriggaTrim4." The account contained multiple photos, dated April 8, 2017, with HOLIDAY, JONES., and other unknown males. In these photos, HOLIDAY was wearing the same blue hooded sweatshirt, with black sleeves, and "SD" in white lettering in front of the sweatshirt as when he was arrested and released on April 10, 2017.  The sweatshirt matches the description of the sweatshirt worn by Suspect 1 in the April 22, 2017 robbery. The color and pattern of the sweatshirt matches the sweatshirt worn by Suspect 1 in the three April 20, 2017 robberies. HOLIDAY was also found to have a black cell phone on his person in one of his socks. The cell phone was returned to HOLIDAY when he was released from custody.

30.     The Camry was impounded after the incident.  A search of the Camry revealed a SCCY CPX-2 9mm handgun, with a silver slide and black frame located on the floorboard of the rear passenger side, where HOLIDAY had been seated during the pursuit.   The weapon had a 9mm round in the chamber and no magazine inserted. A magazine was located near the gun with three R-P 9mm Luger rounds loaded.  The seized SCCY CPX-2 9mm handgun matches the description (silver slide and black frame) of the handgun used by Suspect 1 in the April 6, 2017 (Market at the Ranch) robbery. The R-P 9mm Luger ammunition is the same brand of ammunition as a casing recovered from the scene of the Market at the Ranch robbery above. Ballistic testing of the SCCY CPX-2 handgun showed that weapon created casing marks that matched the marks on the casings collected at the robbery that occurred at the Market at the Ranch.  A DNA profile identified from the textured portion of the handgun came back to JONES.

31.     An Apple iPhone 6 (IMEI: 358373066729285 and Serial Number: DNQP6F8FG5MD) was also located in the back of the Camry. The three occupants of the vehicle that were apprehended by police advised they did not own the iPhone 6.

Investigators searched the phone pursuant to a search warrant and learned the iPhone 6 was registered with the Apple ID "**flyking400@gmail.com**." JONES is known to have used the moniker "King Don Don." The iPhone 6 utilized the phone number 618-671-9378. The area code 618 is associated with southern Illinois, including Belleville, where investigators subsequently learned JONES had been living.

32.     On May 11, 2017, a search warrant was executed at HOLIDAY's residence. On that same date, police spoke with HOLIDAY's sister, who said she lived at the residence. During that interaction, police showed HOLIDAY's sister two photographs of Suspect 1 from the April 6, 2017 robbery (Market at the Ranch). After viewing these two photos HOLIDAY's sister said, "Wow, that resembles my brother but I can't say for certain it's him." The investigator showed her the photos from the other robbery scenes. HOLIDAY's sister then said she could not identify the suspects and had not seen the clothing in her house. As provided below, clothing matching that worn by Suspect 1 during the April 20, 2017 robberies was found at the residence. Police also showed photographs of Suspect 1 from the April 6, 2017 robbery to HOLIDAY's neighbor, who said the suspect appeared to be HOLIDAY. The investigator then showed him photographs from the April 20, 2017 Apollo Liquor store robbery. The neighbor identified Suspect 2 from the April 20, 2017, robbery as the skinny individual that has been staying at HOLIDAY's residence and who has a tattoo over his eyebrow. JONES is both skinny and has a tattoo over his eyebrow.

33.     On May 11, 2017, investigators spoke with JONES' mother-in-law, who said JONES had quit the gang life, moved out-of-state to Illinois with his wife, and then returned to San Diego for the month of April. When he returned, she had driven him to a rental car dealer, where he rented a Nissan Rogue, a small SUV that is similar to a Ford Escape. As provided above, at the time of the April 6, 2017 robbery, a resident nearby noticed a small SUV, which he said was similar to a Ford Escape, parked near the store with driver in the vehicle and the vehicle running. After the shot, the vehicle accelerated away. On the night of the April 6, 2017 robbery, approximately an hour and a half after the robbery, a

community camera outside of HOLIDAY's residence recorded HOLIDAY, JONES, and a female arrive outside Holiday's residence in a small SUV. Investigators also learned from JONES' mother-in-law that JONES had obtained a new cell phone.

34. Based on my training and experience, I am aware that Apple's services, described above, that are associated with one particular phone and a particular Apple ID may be associated with a different phone by registering that phone with the same Apple ID. In that case, the second phone would continue to accumulate and store data with Apple through the Apple ID. This type of transfer of services is regularly done, for example, when individuals purchase new cell phones to replace their older model cell phones or to replace lost or damaged cell phones.

35. During the search of HOLIDAY's residence, officers found black and white checkered boxers that match the boxers worn by Suspect 1 during two of the April 20, 2017 robberies (Eastridge Liquor and Apollo Market). After April 10, 2017, when SDPD seized the SCCY CPX-2 9mm handgun from where HOLIDAY was sitting in the Camry, Suspect 1 began using different firearms in his subsequent robberies, including a black semi-automatic handgun with a silver ejector port. During the search of HOLIDAY's residence, behind a speaker cover, officers found a Model 75 9mm handgun that was black with a silver ejector port. The seized handgun matches the description of the handgun used in the robberies on April 20, 2017 (Eastridge Liquor, Apollo Market, and G&M Market). The seized handgun was loaded with Perfecta 9mm ammunition, which is the same brand of ammunition as the casing recovered from the scene of the April 19, 2017 robbery (7-Eleven). Ballistics testing also matched the handgun to the discharged ammunition recovered from the 7-Eleven robbery.

36. During the search of HOLIDAY's residence, pursuant to the terms of the search warrant, officers seized a ZTE Model Z981 cell phone (IMEI: 863461035198761 and Serial Number: 890126032393784), which is a smartphone that utilizes an Android operating system. HOLIDAY's family members who lived at the residence indicated that the ZTE belonged to HOLIDAY.

14

37.   A search of the ZTE pursuant to a search warrant revealed that HOLIDAY utilized the email addresses "**Holiday4147@gmail.com**" and "**Lovelybreezy24@gmail.com**." The phone contained photographs of HOLIDAY and his wife but appeared as if recent communications through the messaging applications had been deleted, information that could be backed up on Google servers.

38.   In June 2017, in response to a search warrant, Facebook indicated that the Facebook account associated with username "TriggaTrim4," described above, was registered with the email addresses "**hood1940zcripk@yahoo.com**" and "**ilovetrim4@yahoo.co.uk**."

39.   On June 15, 2017, JONES was arrested on robbery and firearm charges in Belleville, Illinois.

## Evidence at PROPERTY TO BE SEARCHED

40.   Based upon my experience and training, consultation with other law enforcement officers experienced in robbery investigations, and all the facts and opinions set forth in this affidavit, I know that individuals involved in robberies often utilize cell phones that utilize services provided by electronic service providers, like Apple, Yahoo, and Google, and store on their property the following digital information:

a.   Photographs or videos depicting clothing, disguises worn (*e.g.*, masks or bandanas), weapons and materials used during the robbery, along with any proceeds attained from the robbery and materials taken from the robbed location;

b.   Videos discussing or boasting about their crime or financial windfall from successfully completing their crimes;

c.   Communications with their coconspirators made about or in executing the robbery;

d.   Celebratory remarks after the successful completion of a robbery;

e.   Location data indicating that they and accomplices were located in the vicinity of the targeted businesses at the time of the robberies and attempted robberies, had

15

travelled to or from the targeted businesses, or had scouted the locations prior to the robberies and attempted robberies; and

f.   Photographs or videos depicting firearms or ammunition used during a robbery.

### III.
### PROCEDURES FOR ELECTRONICALLY STORED INFORMATION

41.   Federal agents and investigative support personnel are trained and experienced in identifying communications relevant to the crimes under investigation. The personnel of Apple, Yahoo, and Google (hereinafter "the internet service providers" or "the ISPs") are not. It would be inappropriate and impractical for federal agents to search the vast computer network of the ISPs for the relevant accounts and then to analyze the contents of those accounts on the premises of the ISPs. The impact on the ISPs' businesses would be disruptive and severe.

42.   Therefore, I request authority to seize all content, including electronic mail and attachments, stored instant messages, stored videos, photographs, and any other content from the Apple, Yahoo, and Google accounts, as described in **Attachments B-1 through B-4**. In order to accomplish the objective of the search warrant with a minimum of interference with the business activities of the ISPs, to protect the privacy of the ISPs' subscribers whose accounts are not authorized to be searched, and to effectively pursue this investigation, the Federal Bureau of Investigation seeks authorization to allow the ISPs to make digital copies of the entire contents of the accounts subject to seizure. The copies will be provided to me or to any authorized federal agent. The copies will be imaged and the images will then be analyzed to identify communications and other electronic records subject to seizure pursuant to **Attachments B-1 through B-4**. Relevant electronic records will be copied to separate media. The original media will be sealed and maintained to establish authenticity, if necessary.

43.   Analyzing the data to be provided by the ISPs may require special technical skills, equipment, and software. It may also be very time-consuming. Searching by

16

keywords, for example, often yields many thousands of "hits," each of which must be reviewed in its context by the examiner to determine whether the data is within the scope of the warrant. Merely finding a relevant "hit" does not end the review process. Keyword searches do not capture misspelled words, reveal the use of coded language, or account for slang. Keyword searches are further limited when electronic records are in or use foreign languages. Certain file formats also do not lend themselves to keyword searches. Keywords search text. Many common electronic mail, database and spreadsheet applications, which files may have been attached to electronic mail, do not store data as searchable text. Instead, such data is saved in a proprietary non-text format. And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases dramatically. The ISPs do not always organize the electronic files they provide chronologically, which makes review even more time consuming and may also require the examiner to review each page or record for responsive material.

44. Based on the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months. Keywords need to be modified continuously based upon the results obtained and, depending on the organization, format, and language of the records provided by the ISPs, examiners may need to review each record to determine if it is responsive to **Attachments B-1 through B-4**. The personnel conducting the examination will complete the analysis within ninety (90) days of receipt of the data from the service provider, absent further application to this court.

45. Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to review and seize all electronic mails that identify any users of the subject accounts and any electronic mails sent or received in temporal proximity to incriminating electronic mails that provide context to the incriminating mails.

17

46.     All forensic analysis of the imaged data will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

## V.

## GENUINE RISK OF DESTRUCTION OF DATA

47.     Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills.  In this case, the data associated with the Gmail accounts **is** being preserved by Google for approximately ninety days in anticipation of this application for search warrants.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

18

# VI.

## CONCLUSION

48.     Based on the foregoing, I believe there is probable cause to believe items that constitute evidence of violations of federal criminal law, namely, 18 U.S.C. §§ 1951 and 924(c), as described in **Attachments B-1**, **B-2, B-3,** and **B-4** will be found in/at the properties to be searched, as provided in **Attachments A-1**, **A-2, A-3,** and **A-4**.

49.     Because the warrant will be served on Apple, Yahoo, and Google, who will then compile the requested records, there is reasonable cause to permit the execution of the requested warrant at any time in the day or night.  Pursuant to Title 18 United States Code Section 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Alex Esconde
Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this _23_ day of June 2017.

HON. BARBARA L. MAJOR
United States Magistrate Judge

19